

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2019

No. 04-19-00434-CV

**IN THE INTEREST OF N.A.T, D.T., S. T., B.L.W., CHILDREN,**

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-08-0730-CVA
Bob Brendel, Judge Presiding

# O R D E R

The Appellant's First Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to August 26, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court